



## Extraction Report - Apple iOS Full File system

### Data Files (1)

#### Images (1)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: | [302FFF06-38F3-4D76-B583-2848319F759C.JPG](#) | Size (bytes): | 1489888 | | |
| | | | Created: | 3/22/2025 10:33:21 PM(UTC+0) | | |
| | Path: | 00008140-0006658C1ED2801C_files_full.zip/private/var/mobile/Media/PhotoData/Mutations/PhotoData/CPLAssets/group293/302FFF06-38F3-4D76-B583-2848319F759C/Adjustments/302FFF06-38F3-4D76-B583-2848319F759C.JPG | Modified: | 3/22/2025 10:33:52 PM(UTC+0) | | |
| | | | Accessed: | 3/22/2025 10:48:02 PM(UTC+0) | | |
| | | | Source file | 00008140-0006658C1ED2801C_files_full.zip/private/var/mobile/Media/PhotoData/Mutations/PhotoData/CPLAssets/group293/302FFF06-38F3-4D76-B583-2848319F759C/Adjustments/302FFF06-38F3-4D76-B583-2848319F759C.JPG : 0x0 (Size: 1489888 bytes) | | |
| | MD5: | 280f71fb5704e0295aa1e852659e6f02 | Meta Data: | | | |
| | | | Camera Make: | Apple | | |
| | | | Camera Model: | iPhone 15 Pro Max | | |
| | | | Capture Time: | 1/16/2025 4:52:57 PM | | |
| | | | Pixel resolution: | 1536x2048 | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | |
| | | | Orientation: | Horizontal (normal) | | |
| | | | Lat/Lon: | 43.146633 / -77.547698 | | |